```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  SANDRA R. BROWN
    Assistant United States Attorney
 3  Chief, Tax Division
    THOMAS D. COKER [SBN 136820]
 4  Assistant United States Attorney
       Room 7211, Federal Building
 5     300 N. Los Angeles Street
       Los Angeles, California  90012
 6     Telephone:   (213) 894-2454
       Facsimile:   (213) 894-0115
 7  e-mail: thomas.coker@usdoj.gov

 8  Attorneys for the United States of America,
    Petitioner
```

FILED
CLERK, U.S. DISTRICT COURT
MAR 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV08-01758 ABC (Ex) |
| Petitioner, | [PROPOSED] |
| v. | ORDER TO SHOW CAUSE |
| SUSAN HAYES, trustee of the DeSoto Trust, | |
| Respondent. | |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summons. *See* United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also,* Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120

1  (9th Cir. 1995) (the Government's *prima facie* case is typically
2  made through the sworn declaration of the IRS agent who issued
3  the summons); *accord*, United States v. Gilleran, 992 F.2d 232,
4  233 (9th Cir. 1993).
5      Therefore, **IT IS ORDERED** that Respondent appear before this
6  District Court of the United States for the Central District of
7  California, in Courtroom No. _680_,

8  ☐   United States Courthouse
      312 North Spring Street, Los Angeles, California, 90012

10 ☒   Roybal Federal Building and United States Courthouse
      255 E. Temple Street, Los Angeles, California, 90012

12 ☐   Ronald Reagan Federal Building and United States Courthouse
      411 West Fourth Street, Santa Ana, California, 92701

14 ☐   Brown Federal Building and United States Courthouse
      3470 Twelfth Street, Riverside, California, 92501

16 ☐ _____

18 on _Monday April 28, 2008_, 2008, at _10:00_ A.m.,
19 and show cause why the testimony and production of books, papers,
20 records, and other data demanded in the subject Internal Revenue
21 Service summons should not be compelled.
22     **IT IS FURTHER ORDERED** that copies of this Order, the
23 Petition, Memorandum of Points and Authorities, and accompanying
24 Declaration be served promptly upon Respondent by any employee of
25 the Internal Revenue Service or the United States Attorney's
26 Office, by personal delivery or by certified mail.
27     **IT IS FURTHER ORDERED** that within ten (10) days after
28 service upon Respondent of the herein described documents,

2

Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: 3/17/08

_____
UNITED STATES DISTRICT JUDGE

Presented By:

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____
THOMAS D. COKER
Assistant United States Attorney